JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY F. NOWLAND,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID STEINER[1], Postmaster General of the United States Postal Service and Does 1 through 10, inclusive,<br><br>　　　　Defendant. | Case No. 2:24-cv-05231-SVW-AGR<br><br>[PROPOSED] ORDER APPROVING STIPULATION OF DISMISSAL |

　　The Court, having read and considered the parties' Stipulation of Dismissal, IT IS HEREBY ORDERED that the above-captioned action, to include each claim and count asserted by Plaintiff against Defendant, shall be dismissed in its entirety without prejudice. Each party shall bear its own attorney's fees, costs, and expenses.

　　IT IS SO ORDERED.

Dated: November 4, 2025

　　　　　　　　　　　　　　　　　　　　／s／ Stephen V. Wilson
　　　　　　　　　　　　　　　　　　　　HONORABLE STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The successors of public officers sued in their official capacities are automatically substituted for their predecessors. Fed. R. Civ. P. 25(d).